| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>David R. Owens<br>Owens Tarabichi LLP<br>111 N. Market St., Suite 730<br>San Jose, CA 95113<br>(408) 298-8200<br><br>ATTORNEYS FOR: Plaintiff |  |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC<br><br>Plaintiff(s),<br>v.<br><br>SONIC.NET, INC.<br><br>Defendant(s) | CASE NUMBER<br>CV12-11011 -GAF (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Brandywine Communications Technologies, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Brandywine Communications Technologies, LLC | Plaintiff |
| Sonic.net, Inc. | Defendant |

December 27, 2012
Date

Sign

David R. Owens
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)    NOTICE OF INTERESTED PARTIES