AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV12-11011-GAF(JCx) | DATE FILED<br>12/28/2012 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>Brandywine Communications Technologies, LLC | | DEFENDANT<br>Sonic.net, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | SEE ATTACHMENT A | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

## ATTACHMENT A

| PATENT OR TRADEMARK NO. | DATE OF PATNET OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,206,854 | 4/27/1993 | Brandywine Communications Technologies, LLC |
| 2. 5,251,328 | 10/5/1993 | Brandywine Communications Technologies, LLC |
| 3. 5,812,537 | 9/22/1998 | Brandywine Communications Technologies, LLC |
| 4. 5,828,657 | 10/27/1998 | Brandywine Communications Technologies, LLC |
| 5. 6,970,501 B1 | 11/29/2005 | Brandywine Communications Technologies, LLC |
| 6. 7,894,472 B2 | 2/22/2011 | Brandywine Communications Technologies, LLC |